IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JOHNSON, ) | No. CV-F-03-6013 REC/TAG HC |
| ) | |
| ) | ORDER DENYING PETITIONER'S |
| ) | MOTION FOR RECONSIDERATION |
| Petitioner, ) | (Doc. 16) |
| ) | |
| vs. ) | |
| ) | |
| G.J. GIURBINO, ) | |
| ) | |
| ) | |
| Respondent. ) | |
| ) | |

The court denies petitioner's motion for reconsideration filed on November 23, 2004.  Petitioner's motion is without merit because the recommendation issued by the Magistrate Judge was not final until it was adopted by the court by Order filed on November 8, 2004.  Thereafter, respondent timely filed his answer to the petition after applying for and receiving an extension of time within which to do so.

IT IS SO ORDERED.

**Dated:  April 15, 2005**          **/s/ Robert E. Coyle**
668554                                 UNITED STATES DISTRICT JUDGE

1